**Order entered August 1, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01108-CV**

**IN THE INTEREST OF B.Q.L., A CHILD**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-03861**

**ORDER**

We **REINSTATE** this appeal which we twice abated to allow the trial court an opportunity to conduct a hearing and file findings of fact concerning the reporter's record of the underlying proceedings. *See* TEX. R. APP. P. 36.4(f). In two separately filed findings of fact, the trial court made the following findings: (1) a hearing was not held on November 11, 2021; (2) the motion for new trial hearing held on November 16, 2021 was recorded and the record has been filed; (3) Court Reporter Yolanda Atkins, former Official Court Reporter for the 255th Judicial District Court, testified that she was not present at the trial held on June 8, 2021; (4) Ms. Atkins's testimony was untruthful; (5) Ms. Atkins was the reporter for the

trial; (6) Ms. Atkins stated she has no notes from the trial; (7) appellant is not at fault for the reporter's record not being transcribed; (8) the attorneys state the record is necessary to the appeal's resolution; and (8) the record cannot be replaced by agreement of the parties.

We **ADOPT** the trial court's findings.  The parties shall address the findings in their briefs.  Appellant's brief shall be filed **within thirty days** of the date of this order.


/s/     KEN MOLBERG
        JUSTICE